# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

154294 & (30)(31)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CRAIG ARTHUR TANK,
      Defendant-Appellant.

SC: 154294
COA: 330769
Macomb CC: 2014-003434-AR

_____/

On order of the Court, the application for leave to appeal the June 23, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for immediate consideration and the motion to release *Brady* material and to immediately reverse conviction and to show cause are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017



Clerk

p0424